Elizabeth MCCULLOUGH, Appellant,

v.

Steven ALBIN, Respondent.

No. WD 69381.

Missouri Court of Appeals, Western District.

Feb. 3, 2009.

Steven A. Fritz, Sedalia, MO, for Appellant.

James C. Spangler, Sedalia, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JAMES M. SMART, JR., and JAMES EDWARD WELSH, JJ.

### ORDER

PER CURIAM:

Elizabeth McCullough appeals the circuit court's judgment awarding her damages resulting from an automobile accident but assessing her comparative fault at forty-five percent. We affirm. Rule 84.16(b).